IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHANNE P. GREENBLATT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CIVIL ACTION<br>NO. 17-1291 |

**ORDER**

**AND NOW**, this 26th day of March 2018, upon consideration of the Stipulation of Dismissal with Prejudice (Doc. No. 9), it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).
2. Any outstanding motions are **DENIED AS MOOT**.
3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.